UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO L., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No.:  23-cv-2030-KSC <br><br> **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS [DOC. NO. 3]** |

Plaintiff filed an Application to Proceed In Forma Pauperis. Doc. No. 3. A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of plaintiff's assets, showing plaintiff is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a).  The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir.1981) (internal quotations omitted).

A party need not be completely destitute to proceed in forma pauperis. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–340 (1948).  An affidavit is sufficient if it shows that the applicant cannot pay the fee "and still be able to provide himself [or herself] and dependents with the necessities of life." *Id.*  (internal quotations omitted).

Here, plaintiff's application is supported by a declaration showing essentially no income or assets beyond public assistance sufficient to provide food. The Court finds paying the filing fee would impose a hardship on plaintiff. Plaintiff's Application is therefore **GRANTED**.

Dated: November 3, 2023

Hon. Karen S. Crawford
United States Magistrate Judge